BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

**FILED**
SEP 2 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT SAFE CREDIT UNION BUSINESS CHECKING ACCOUNT NUMBER 499150, HELD IN THE NAME OF INDOOR SUN AND GARDEN,<br><br>DEFENDANT. | 2:12-SW-00431-EFB<br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: Sept 21, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge